Voucher #: 1106383 Sort Order: 375
HR SERVICE GROUP LLC

Joanie MARIE Hall
SSN#: XXX-XX-2563
EMP#: P04539

Check Date: 10-11-2019
Period End Date: 09-28-2019
Check Number: 00979441
Federal Filing Status: M/1
State Filing Status: NONE/

### Earnings - Current

| Date | Pay Description | Pay Rate | Hrs/Units | Pay Amount | POS | SHFT | LOC | ASSIGN |
|---|---|---|---|---|---|---|---|---|
| 09-23-2019 | PER DIEM | 83.0000 | 1.00 | 83.00 | SUB-PARA | FD | T16780 | SUBSTITUTE |
| 09-24-2019 | PER DIEM | 83.0000 | 1.00 | 83.00 | SUB-PARA | FD | T16780 | SUBSTITUTE |
| 09-25-2019 | PER DIEM | 83.0000 | 1.00 | 83.00 | SUB-PARA | FD | T16780 | SUBSTITUTE |
| 09-26-2019 | PER DIEM | 83.0000 | 1.00 | 83.00 | SUB-PARA | FD | T16780 | SUBSTITUTE |
| 09-27-2019 | PER DIEM | 83.0000 | 1.00 | 83.00 | SUB-PARA | FD | T16780 | SUBSTITUTE |
| TOTAL | | | 5.00 | 415.00 | | | | |

### Deductions / Taxes

| Description | Amount |
|---|---|
| FEDERAL TAX | 10.73 |
| MEDICARE | 6.01 |
| SOC. SECURITY | 25.73 |
| PA INCOME TAX | 12.74 |
| PA SUI | 0.25 |
| NEW GARDEN TWP | 4.67 |
| NEW GARDEN TWP | 1.00 |
| TOTAL | 61.13 |

### Earnings - Year To Date

| Description | YTD |
|---|---|
| PER DIEM | 539.50 |
| TOTAL | 539.50 |

### Direct Deposit Detail

| Type | Account | Amount |
|---|---|---|
| TOTAL DEPOSITED | | $0.00 |

### Employee Contributions

| Description | Amount | YTD |
|---|---|---|
| | | 0.00 |

### Paid Time Off

| Description | Balance |
|---|---|
| TOTAL | 0.00 |

### Net Pay Distribution

| Description | |
|---|---|
| CHECK | $353.87 |
| DIRECT DEPOSIT | |
| TOTAL | $353.87 |

TOTAL NET PAY: $353.87
TOTAL NET PAY YTD: $462.55

$353.87 TOTAL NET PAY

▼ REMOVE DOCUMENT ALONG THIS PERFORATION ▼