# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**IN RE: Joann Hall**  :  **CHAPTER 13**
      **Debtors**  :  **BANKRUPTCY NO. 19-15253**

## CERTIFICATE OF SERVICE

I, Gary E. Thompson, Esquire hereby certifies that I am the attorney for the debtor in the above-captioned matter and that I have sent copies of the Application to Allow Counsel Fees, pursuant to Local Rule 1009.1(b) to the parties indicated below:

    /s/ Gary E. Thompson
    GARY E. THOMPSON
    ATTORNEY FOR DEBTOR(S)

Date: 11/5/19

US Trustee Office
833 Chestnut Street, Suite 500
Philadelphia, PA 19107

Trustee

Debtor

All Creditors on Matrix