```
                        United States Bankruptcy Court
                        Eastern District of Pennsylvania
```

In re:                                                              Case No. 19-15253-amc
Joann Hall                                                          Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Jan 14, 2020
                         Form ID: pdf900          Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2020.
```
db              Joann Hall,    5 Little John Circle,    Exton, PA   19341
                Glenn Hall,    5 Little John Circle,    Exton, PA   19341
               +KML Law Group, P.C.,    Suite 5000,    BNY Mellon Independence Center,    701 Market Street,
                 Philadelphia, PA 19106-1541
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                           TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2020 at the address(es) listed below:
```
              GARY E. THOMPSON    on behalf of Debtor Joann  Hall get24esq@aol.com
              KEVIN G. MCDONALD     on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee Et
               Al... bkgroup@kmllawgroup.com
              KEVIN G. MCDONALD    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3,
               Mortgage Pass-Through Certificates, Series 2006-AR3 bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Wells Fargo Bank, National Association, as Trustee
               for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3,
               Mortgage Pass-Through Certificates, Series 2006-AR3 bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                               TOTAL: 6
```

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joann Hall<br>             Debtor | CHAPTER 13 |
| Wells Fargo Bank, National Association, as Trustee for Structured Asset Mortgage Investments II Inc., GreenPoint Mortgage Funding Trust 2006-AR3, Mortgage Pass-Through Certificates, Series 2006-AR3<br>             Movant<br>    vs. | NO. 19-15253 AMC |
| Joann Hall             Debtor<br><br>Glenn Hall             Co-Debtor<br><br>William C. Miller Esq.    Trustee | 11 U.S.C. Sections 362 and 1301 |

## ORDER

AND NOW, this 14th day of January, 2020 at Philadelphia, upon failure of Debtor, the Co-Debtor, and the Trustee to file an answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay and Co-Debtor Stay is granted, and both the automatic stay of all proceedings, as provided under Section 362 Title 11 of the United States Code, as amended (the Bankruptcy Code), and the Co-Debtor stay under Section 1301 of the Bankruptcy Code, are modified with respect to the subject premises located at 5 Little John Circle, Avondale, PA 19311 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited to, a loan modification, short sale or deed-in-lieu of foreclosure. Additionally, any purchaser of the Property at Sheriff's Sale (or purchaser's assignee) may take any legal action for enforcement of its right to possession of the Property.

_____
United States Bankruptcy Judge.

Joann Hall
5 Little John Circle
Exton, PA 19341

Glenn Hall
5 Little John Circle
Exton, PA 19341

GARY E. THOMPSON ESQUIRE
150 E. Swedesford Road
1st Floor
Wayne, PA 19087

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532