# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 19-15253-AMC

JOANN HALL

5 LITTLE JOHN CIRCLE

AVONDALE, PA 19311-

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

JOANN HALL

5 LITTLE JOHN CIRCLE

AVONDALE, PA 19311-

Counsel for debtor(s), by electronic notice only.

GARY E THOMPSON
150 E SWEDESFORD RD
1ST FLOOR
WAYNE, PA 19087-

Date: 2/27/2020

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee