**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:  
JOANN HALL

Chapter 13

          Debtor           Bankruptcy No. 19-15253-AMC

# O R D E R

AND NOW, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: March 31, 2020**

_____  
Ashely M. Chan  
Bankruptcy Judge

William C. Miller, Trustee  
P.O. Box 1229  
Philadelphia, PA  19105

Debtor's Attorney:  
GARY E THOMPSON  
150 E SWEDESFORD RD  
1ST FLOOR  
WAYNE, PA 19087-

Debtor:  
JOANN HALL

5 LITTLE JOHN CIRCLE

AVONDALE, PA 19311-